

Jane Webre
Direct Dial: 512.495.6320
jwebre@scottdoug.com

April 12, 2024

Lyle W. Cayce, Clerk
United States Court of Appeals, Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

In Re: Case No. 23-50419; *Charter Communications, Incorporated, et al. v. Prewitt Management, Incorporated, et al.*; In the United States Court of Appeals for the Fifth Circuit; USDC No. 1:16-CV-1268-LY

Dear Mr. Cayce:

Appellants Prewitt Management, Inc., and WAP, Ltd., file this letter brief pursuant to the panel's April 3 directive requesting supplemental briefing regarding diversity jurisdiction in this matter.

The primary record evidence regarding the parties' citizenship appears at ROA.1244, in the parties' Statement of Material Undisputed Facts (the "Statement"). These are not merely allegations but are stipulated facts submitted to the district court in support of the summary proceeding. The Statement stipulates that:

- Plaintiff-Appellee Charter Communications, Inc. is a Delaware corporation with its principal offices in Connecticut. ROA.1244 ¶1.

- Plaintiff-Appellee Time Warner Cable Texas LLC is a Delaware limited liability company with its principal offices in Missouri. ROA.1244 ¶2. The record does not appear to include either allegations or evidence regarding the identity or citizenship of the members of that LLC entity. *See, e.g.*, ROA.1463 (Second Amended Complaint includes no allegations regarding the LLC's members).

- Defendant-Appellant Prewitt Management, Inc., is a Texas corporation and the general partner of Defendant-Appellant WAP, Ltd. ROA.1244 ¶4; *see also* ROA.6026 art. 8 (Articles of Incorporation identify place of business in Temple, Texas).

Scott Douglass & McConnico LLP   |   Attorneys at Law

303 Colorado Street, Suite 2400, Austin, TX 78701   |   p : 512.495.6300   |   f : 512.495.6399   |   www.scottdoug.com

April 12, 2024
Page 2

- Defendant-Appellant WAP, Ltd. is a Texas limited partnership, and its members are residents of Texas and California. ROA.1244 ¶5. The original individual members of WAP, Ltd., and their places of residence are identified in the Limited Partnership Agreement. ROA.5987, ROA.6013. The record does not distinguish between citizenship and residence for the individual members.

This Court has explained that the citizenship of an LLC is determined by the citizenship of each of its members. *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1079 (5th Cir. 2008). The record does not appear to reflect either the identity or citizenship (or residence) of the members of Plaintiff-Appellee Time Warner Cable Texas LLC.

Very truly yours,

Jane Webre

JMW:mp

cc:    Roy Lee Barrett (via email: barrett@namanhowell.com)
       Steven P. Hollman (via email: shollman@sheppardmullin.com)
       Imad Sayed Matini (via email: imatini@sheppardmullin.com)
       Abraham J. Shanedling (via email: ashanedling@sheppardmullin.com)
       Paul Anthony Werner, III (via email: pwerner@sheppardmullin.com)
       Sam Johnson
       Abril Rivera